# Flemming Zulack Williamson Zauderer LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

RICHARD A. WILLIAMSON

October 21, 2014

<u>Via ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 9A
New York, New York 10007-1312

Re: <u>U.S. Bank National Association, as successor Trustee under an Indenture, dated as of June 6, 2007 v. Bank of America, N.A.</u>, 1:14-CV-06296 (GHW)

Dear Judge Woods:

We represent Plaintiff, U.S. Bank National Association. At the Court's request, we write to confirm that Plaintiff withdraws its jury demand in light of the jury trial waiver contained in the Disbursement Agreement, which Defendant intends to enforce.

This withdrawal is being submitted with the consent of Defendant's counsel.

Respectfully,

/s/ Richard A. Williamson

Richard A. Williamson

cc: Daniel L. Cantor, Esq. (By e-mail)
    Asher Rivner, Esq. (By e-mail)

WRITER'S DIRECT DIAL
(212) 412-9530
rwilliamson@fzwz.com

986513/13287